## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE SCOTCH WHISKY ASSOCIATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A No. 1:19-cv-01264-MN |
| THE VIRGINIA DISTILLERY COMPANY, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff The Scotch Whisky Association, by and through its undersigned counsel, hereby dismisses the above-captioned matter without prejudice.

August 15, 2019                                                         Respectfully submitted,

OF COUNSEL:

Jillian L. Burstein
Joshua W. Newman
Robert E. Browne
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
(312) 207-1000
jburstein@reedsmith.com
jnewman@reedsmith.com
rbrowne@reedsmith.com

*/s/ Benjamin P. Chapple*
Benjamin P. Chapple (No. 5871)
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
bchapple@reedsmith.com

*Counsel for The Scotch Whisky Association*